UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-MJ-1198

FILED
MAR 2 2 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA )
) ORDER TO SEAL
V. ) CRIMINAL COMPLAINT, ARREST
) WARRANT, and MOTION TO SEAL
DUSTIN BRANDON ELLIINGTON )

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Complaint and Arrest Warrant in the above-referenced matter, as well as the Motion to Seal, and this Order to Seal the same be sealed by the Clerk until further order by this Court, except that a certified copy of the same be provided to the Office of the United States Attorney.

This 22nd day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

Copy to Agent